DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **RYAN ALEXANDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>RYAN ALEXANDER,<br><br>             Defendant. | Case No. 18-CR-00349-EJD<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER THEREON** |

   Defendant RYAN ALEXANDER, by and through his counsel David J. Cohen, Esq., and the government, by and through its counsel, Assistant United States Attorney Scott Simeon, hereby stipulate that, subject to the Court's approval, Mr. Alexander's conditions of pretrial release be modified to permit his travel for work purposes throughout the state of California. This modification is necessary to allow Mr. Alexander to perform the duties of his employment. Such modification is stipulated only through March 22, 2019; any further travel will be the subject of additional stipulation.

Anthony Granados, of ND/CA Pretrial Services, is currently supervising Mr. Alexander on his pretrial release. Mr. Granados has indicated that he has no objection to Mr. Alexander's travel request or this modification.

**IT IS SO STIPULATED.**

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: February 22, 2019     By: /s/David J. Cohen
                                             DAVID J. COHEN, ESQ.
                                             Attorneys for Defendant **Ryan Alexander**

**DAVID L. ANDERSON, ESQ**
UNITED STATES ATTORNEY

Dated: February 22, 2019     By: /s/Scott Simeon
                                             SCOTT SIMEON, ESQ.
                                             Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing, it is hereby ORDERED that Mr. Alexander's conditions of pretrial release be modified to permit his travel for work purposes throughout the state of California through March 22, 2019.

IT IS SO ORDERED.

Dated: _____

                     THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE

*GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California*

cc: Pretrial Services