DAVID J. COHEN, ESQ.
California Bar No. 145748
CLINT C. CHRISTOFFERSEN
California Bar No. 315827
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **RYAN ALEXANDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN ALEXANDER,<br><br>Defendant. | Case No. 18-CR-00349-EJD<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER THEREON** |

Defendant RYAN ALEXANDER, by and through his counsel David J. Cohen, Esq., and the government, by and through its counsel, Assistant United States Attorney Scott Simeon, hereby stipulate that, subject to the Court's approval, Mr. Alexander's conditions of pretrial release be modified to permit his travel for work purposes throughout the state of California. This modification is necessary to allow Mr. Alexander to perform the duties of his employment. Such modification is stipulated only through July 15, 2019; any further travel will be the subject of additional stipulation.

Anthony Granados, of ND/CA Pretrial Services, is currently supervising Mr. Alexander on his pretrial release.  Mr. Granados has indicated that he has no objection to Mr. Alexander's travel request or this modification.

**IT IS SO STIPULATED.**

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 28, 2019    By:/s/David J. Cohen
                             DAVID J. COHEN, ESQ.
                             Attorneys for Defendant **Ryan Alexander**

**DAVID L. ANDERSON, ESQ**
UNITED STATES ATTORNEY

Dated: March 28, 2019    By:/s/Scott Simeon
                             SCOTT SIMEON, ESQ.
                             Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing, it is hereby ORDERED that Mr. Alexander's conditions of pretrial release be modified to permit his travel for work purposes throughout the state of California through July 15, 2019.

IT IS SO ORDERED.

Dated:  March 29, 2019

THE HONORABLE
UNITED STATES M



cc: Pretrial Services

Stipulation to Modify Conditions of Release and [Proposed] Order Thereon
*U.S. v. Alexander;*
Case No. 18-CR-00349-EJD