United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN ALEXANDER,<br><br>    Defendant. | Case No. 5:18-cr-00349-EJD-1<br><br>**ORDER DENYING DEFENDANT RYAN ALEXANDER'S REQUEST FOR A CONTINUANCE**<br><br>Re: Dkt. No. 37 |

The Parties are set to appear for a hearing on February 21, 2020. Defendant requests that this hearing be continued. After consider Defendant's motion, the Court finds that a continuance is unnecessary as Defendant may present argument at the hearing about the effect of the Government's change in position. Accordingly, Defendant's motion to continue the hearing is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 20, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00349-EJD-1
ORDER DENYING DEFENDANT RYAN ALEXANDER'S REQUEST FOR A CONTINUANCE