1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6                        SAN JOSE DIVISION

7

8    UNITED STATES OF AMERICA,              Case No.  5:18-cr-00349-EJD-1
                Plaintiff,
9                                           **ORDER RE REDACTIONS**
        v.
10                                          Re: Dkt. No. 59
11   RYAN ALEXANDER,
                Defendant.
12

13

14          Defendant Ryan Alexander seeks to have most of the factual background included in the

15   Court's August 2020 order redacted.  In this district, "[a] sealing order may issue only upon a

16   request that establishes that a document is sealable because, for example, the safety of persons or a

17   legitimate law enforcement objective would be compromised by the public disclosure of the

18   contents of the document."  N.D. Cal. Crim. L.R. 56-1(b).  This is because of the important,

19   constitutional public right of access to judicial proceedings and records.  *See CBS, Inc. v. U.S.*

20   *Dist. Court*, 765 F.2d 823, 825 (9th Cir. 1985).  The First Amendment and common-law right of

21   access may only be overcome by "sufficiently compelling reasons."  *Foltz v. State Farm Mut.*

22   *Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

23          There can be no compelling reason when the information sought to be redacted *has been*

24   *on the public docket for nearly nine months* and was *openly discussed during the motion and*

25   *evidentiary hearings.  See* Response to Motion by USA, Dkt. 28 (including the very information

26   Defendant seeks to be redacted); *see also* Dkt. Nos. 34, 44.  Indeed, for reasons that defy logic,

27   Defendant seeks to seal information that is already publicly disclosed yet makes no attempt to seal

28   Case No.: 5:18-cr-00349-EJD-1
     ORDER RE REDACTIONS

United States District Court
Northern District of California

those public disclosures.  This is antithetical to the "sufficiently compelling" standard.[1]

> For these reasons, the Court only redacts Defendant's email address and account name.

Defendant's other proposed redactions are rejected.

> **IT IS SO ORDERED.**

Dated: August 19, 2020

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

---

[1] Perhaps more confusing is Defendant's request that the Court seal known information about a public organization that specializes in helping exploited children.  How that information could "personally affect" Defendant's safety is perplexing.

Case No.: 5:18-cr-00349-EJD-1
ORDER RE REDACTIONS