DAVID J. COHEN, ESQ.
California Bar No. 145748
djcohen@baclpc.com
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Ryan Alexander**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RYAN ALEXANDER,<br><br>　　　　Defendant. | Case No. 5:18-CR-00349-EJD<br><br>**MR. ALEXANDER'S SENTENCING MEMORANDUM**<br><br>Date: April 1, 2024<br>Time: 1:30 p.m.<br>Ctrm.: 4 |

**I.**

**INTRODUCTION**

　　　　This matter has been pending since August, 2018, and the search of Mr. Alexander's residence which uncovered the evidence relating to the state court matter and the home-made silencer which is the subject of this matter occurred in May, 2017. During that time, that is the approximately seven years from May 2017 through today, Mr. Alexander successfully completed his supervised probation in his state court matter. He successfully completed sex offender terms and was strictly supervised during his three year state probationary period. During that time, as well, Mr. Alexander has had a perfect record of compliance with Pretrial Services, and has made each and every necessary court appearance. He has remained fully

employed, has been an exemplary father, husband and family person, and has absolutely no issues with violating any law.  In addition, prior to May, 2017, other than the offenses at issue here and in the state prosecution, Mr. Alexander was a lifelong law abiding citizen.  He has accepted full responsibility for his conduct both in this matter and in the state court matter.

## II.

## OBJECTIONS TO THE PROBATION REPORT

1. Special conditions of supervised release number 1-13 were not recommended in the draft probation report so we did not have an opportunity to lodge informal objections. We now object.  This matter relates to a plea to possession of an unregistered firearm silencer. It is not a CP case or a sex case.  Mr. Alexander already fully addressed and complied with Santa Clara County special probationary terms relating to the CP issues in his state court matter.  There is no information or evidence that Mr. Alexander, who has been supervised for the last seven years has had any issues relating to the areas that these special conditions address. The Court is empowered to impose appropriate supervised release terms that have some relationship to the offense of conviction.  These recommendations by United States Probation should not be here adopted.

2. Mr. Alexander objects to United States Probation's failure to recommend a downward variance of five levels.  The government has recommended the five level downward variance as part of the plea agreement, and Mr. Alexander agrees that such a downward variance is appropriate here.  The Court should find that Mr. Alexander's adjusted offense level is 10 and his criminal history category is II for a Guideline range in Zone B of 8-14 months. As the government correctly points out in footnote 2 of its Sentencing Memorandum, Mr. Alexander, pursuant to the agreed Guideline range is eligible to serve his sentence in home

detention, community confinement or a combination of these. The government takes no position on whether the Court, even pursuant to its recommendation, permits Mr. Alexander to serve eight months of home confinement with the ability to continue his employment and to continue to support his family.

3. United States Probation recommends a fine of $7,500. Under the circumstances, in addition to the aforementioned almost seven years of supervision, legal fees, and the anticipated costs associated with home detention and supervised release, the Court should not impose a fine here. It will be an undue financial hardship to Mr. Alexander and will effectively punish his family, which is not a goal of sentencing. For the same reasons, we do not agree with the government's recommendation that a fine of $4,000 be imposed.

## III.

### THE COURT SHOULD FASHION A SENTENCE SUFFICIENT BUT NOT GREATER THAN NECESSARY TO EFFECTUATE THE SENTENCING GOALS ENUMERATED IN SECTION 3553(a)

Mr. Alexander's background and personal characteristics support a probationary sentence in this case. His work history and diligence in supporting his family support a probationary sentence in this case. In particular, after working for almost the last seven years, it would be unjust for the Court to impose a sentence which would force Mr. Alexander to stop working, stop providing money to his family, and to lose his cherished employment.

Mr. Alexander's background and character are set forth in detail in the excellent personal history section of the probation report. Counsel will further discuss these at sentencing. The Court should consider that the homemade silencer was found in a box on a shelf in a garage which contained many other items, and that this conviction will also have the effect of depriving Mr. Alexander of his ability to possess and use guns, a hobby and avocation

which he so much loves. Never in Mr. Alexander's life has he done anything violent or untoward with a gun or a weapon. He has suffered immeasurably over the last almost seven years with the remorse and pain of what was discovered in May, 2017 constantly hanging over his life and that of his family. He has been subject to supervision the entire time. He has had to pay attorneys. He has been humiliated in front of his family and community.

We disagree with the government that a probationary sentence involving continued supervision for another three years, for a total period of strict supervision in this case of almost 10 years is not a sentence that is sufficient but not greater than necessary to effectuate the purposes of sentencing as articulated on page 4 of the Government's Sentencing Memorandum citing to *Gall v. United States*, 552 U.S. 38, 38-39 (2007).

IV.

**MR. ALEXANDER RESPECTFULLY REQUESTS THAT THE COURT CONSIDER THE SENTENCING LETTERATTACHED AS EXHIBIT A**

As the Court has already seen, Mr. Alexander has significant family and community support. He is well loved, and he is a good person who has made serious mistakes. The attached letter from Mr. Alexander's wife eloquently speaks to the fact that the unfortunate circumstances here would, at this point, be more than adequately addressed by a probationary sentence of three years.

///

MR. ALEXANDER'S SENTENCING MEMORANDUM
*United States v. Alexander*;
Case No. 5:18-CR-00349-EJD

## V.

## **CONCLUSION**

For the foregoing reasons, we ask the Court to sentence Mr. Alexander to a term of three years of probation, not impose a fine, impose a $100 special assessment, and not impose the requested special terms requested by United States Probation as inappropriate for this type of case.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 26, 2024                    By: /s/ David J. Cohen, Esq.
                                                         DAVID J. COHEN, ESQ.
                                         Attorneys for Defendant **Ryan Alexander**

# EXHIBIT "A"

## Character Reference Letter For Ryan Alexander

From: Susan Alexander



Date March 4, 2024

Your Honor,

I am writing this letter on behalf of my Husband, Ryan Alexander.

As you can see, I am Ryans wife but, I am writing this for several people who know Ryan. Sadly, Ryan has not asked others to write a letter. He is embarrassed, as this is not who he is.

Ryan has been an amazing husband, father, family member and friend.

My extended family has been blessed to have Ryan in our family. He has always been the one to help with anything; After my mother passed away, he was there to help us get her house cleaned out and ready to sell. After my brother-in-law passed away, he was there to assist in getting projects done that my brother-in-law could not do as he was terminally ill with cancer.

Our neighbors know that Ryan is there to help with anything too. Like our neighbor whose window blew into her bedroom from the last windstorm we had.

I could go on and on about how he has helped my family, his family, our friends and neighbors. He is truly a man with integrity and big heart to help even with the smallest things. Like replacing an oven light for our 74-year-old neighbor.

Ryans is a fully involved father with our son. As our son was growing up, he and I were "Team Parents" for his sports he participated in elementary school. Helped with everything from setup for all the events to the end of season parties we had.

Now that our son is 17 years old, we have entered the next phase of his life. Learning to drive and he joined the Track and Field team at school. Our son just got his permit and is excited to learn to drive, I am hoping Ryan will have the opportunity to help teach our son how to drive and attend his events for Track and Field. I will need his help with this myself, as I have medical conditions that make long day events very hard on me. Rheumatoid Arthritis (systemic disease) and Spinal Stenosis.

In closing to this letter I would like to say, Ryan is one of the best people you would have the privilege of knowing. He and I have been through so much over the years of this trial and we have grown too. Learned how to lean on each other even more.

Sincerely,

*Susan Alexander*

CS CamScanner

To print this page: Use your browser's **Print** button, or select **File** then **Print** from your browser menu. If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the **Close** button below.

Date printed: 3/4/2024
Kaiser Permanente Member name: Susan M Alexander
Date of birth: 7/31/1970
MRN:

## Current Health Issues

| PELVIC PAIN, FEMALE | MIGRAINE | RHEUMATOID ARTHRITIS |
|---|---|---|
| Added 1/26/2006 | Added 10/16/2006 | Added 1/3/2018 |
| HYPERTENSION (HIGH BLOOD PRESSURE) | FURUNCULOSIS | HISTORY OF ASTHMA |
| Added 1/13/2018 | Added 1/13/2018 | Added 1/13/2018 |

CS CamScanner

| | | |
|---|---|---|
| **LUMBOSACRAL DISC DEGENERATION** <br> Added 4/19/2022 | **SPINAL STENOSIS** <br> Added 3/20/2023 | **SCIATICA, LEFT SIDE** <br> Added 3/20/2023 |
| **IMMUNOCOMPROMISED DUE TO MEDICATION** <br> Added 5/17/2023 | | |

Certain content delivered by MyChart®, licensed from Epic Systems Corporation, © 1999 to February 2023, patents pending.